IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAKITA MURPHY**                                                                            **PLAINTIFF**
**ADC #710981**

**v.**                                 **Case No. 1:19-cv-00013-KGB-JTK**

**JOHN W. HERRINGTON, SR.,**
**Assistant Warden, McPherson Unit,** *et al*.                                 **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jakita Murphy's complaint is dismissed.

It is so adjudged this 30th day of August, 2019.

                                                                                 _____
                                                                                 Kristine G. Baker
                                                                                 United States District Judge